ORIGINAL

Probation Form No 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 1:15CR00171 (ALC)

Kenneth Wise

On March 06, 2018, the above named was placed on Supervised Release for a period of <u>three (3) years</u>. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Kenneth Wise be discharged from Supervised Release.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-20

Respectfully submitted,

by _____
Elizabeth D. Cuprill
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 5th day of March, 20 20.

_____
Honorable Andrew L Carter
U.S. District Judge